# UNITED STATES DISTRICT COURT
for the

Western District of Texas

**FILED**
APR 0 9 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Nyocomus Jerome Garnett | ) Case No: 7:08-CR-144 (01) RAJ |
| | ) USM No: 27309-180 |
| Date of Original Judgment: 01/26/2009 | ) |
| Date of Previous Amended Judgment: | ) Thomas S. Morgan |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **96** months **is reduced to** **41 months**.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __01/26/2009__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 4-5-12

Judge's signature

Effective Date: _____
*(if different from order date)*

Robert Junell, United States District Judge
*Printed name and title*