# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br><br>NYOCOMUS JEROME GARNETT<br><br>_Defendant_ | ) ) ) ) ) ) ) | Case No. MO:08-CR-144 (1) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     NYOCOMUS JEROME GARNETT,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Violations of Supervised Release

Date: 09/18/2013

_Issuing officer's signature_

City and state: Midland, TX

William G. Putnicki, Clerk
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____
at _(city and state)_ _____ .

Date: _____

_____
_Arresting officer's signature_

_____
_Printed name and title_